**Order filed January 13, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-10-01222-CR
14-11-00006-CR
14-11-00007-CR

_____

**BILLY JOE WYATT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 12th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 16,602**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #11, 23, 24, 32 and 34-37.**

The clerk of the 12th District Court is directed to deliver to the Clerk of this court the original of State's exhibits #11, 23, 24, 32 and 34-37, on or before **January 23, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #11, 23, 24, 32 and 34-37, to the clerk of the 12th District Court.

PER CURIAM